**JOHN TELLO, SBN 86589**
Law Office of John Tello
432 Truxtun Avenue
Bakersfield, CA 93301
Telephone:  (661) 323-8700
Facsimile:  (661) 323-8710

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            ) <br>           Plaintiff, )<br>            )<br>     v.     )<br>            )<br>            )<br>ALBERT GARZA,     )<br>            )<br>           Defendant. )<br>            ) | CR. No. 1:10-cr-00165 AWI<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND BRIEFING DEADLINES UNDERLYING SAME; ORDER**<br><br>Date: August 30, 2010<br>Time: 9:00 a.m.<br>Ctrm: 2<br>    Hon. Anthony W. Ishii |

    IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective attorneys of record, that the pending status conference regarding this matter may be continued from 9:00 a.m., Monday, July 19, 2010 to 9:00 a.m., Monday, August 30, 2010.

    This stipulation is based on good cause.  Specifically, defense counsel will be commencing a jury trial the morning of July 19, 2010 in Kern County, and will therefore be unable to travel to court that morning from Bakersfield, California.  In addition, he has other matters set to be heard in this courthouse on August 30, 2010, and therefore would be able to address all matters through one trip on the proposed new hearing date.  This

1

stipulated continuance will therefore conserve time and resources for the parties and the court. 18 U.S.C. § 3161(h)(7)(A).

BENJAMIN B. WAGNER
United States Attorney

Dated: July 14, 2010

(As auth. 7/14/10)
By: Brian W. Enos

BRIAN W. ENOS
Assistant U.S. Attorney

Dated: July 14, 2010

/s/ John Tello
John Tello, Esq.
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: July 15, 2010

CHIEF UNITED STATES DISTRICT JUDGE

2