**JOHN TELLO, SBN 86589**
Law Office of John Tello
432 Truxtun Avenue
Bakersfield, CA 93301
Telephone:  (661) 323-8700
Facsimile:  (661) 323-8710

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR. No. 1:10-cr-00165 AWI |
| ) | |
| Plaintiff,   ) | **STIPULATION TO CONTINUE STATUS** |
| ) | **CONFERENCE ORDER** |
| ) | |
| v.   ) | Date: December 6, 2010 |
| ) | Time: 9:00 a.m. |
| ) | Ctrm: 2 |
| ALBERT GARZA,   ) | Hon. Anthony W. Ishii |
| ) | |
| Defendant.   ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective attorneys of record, that the pending status conference regarding this matter may be continued from 9:00 a.m., Monday, November 1, 2010 to 9:00 a.m., Monday, December 6, 2010.

    This stipulation is based on good cause.  Specifically, defense counsel provided Assistant United States Attorney Brian Enos with discovery regarding Mr. Garza's physical and psychological conditions which may affect the disposition in the above-mentioned matter. Additionally, Mr. Tello will be commencing a jury trial the morning of November 1, 2010 in Kern County, and will therefore be unable to travel to court that morning from Bakersfield, California.  Further, Mr. Tello has a sentencing in this honorable court scheduled for Monday, December

1

6, 2010 in a non-related matter. This stipulated continuance will therefore conserve time and resources for the parties and the court.  18 U.S.C. § 3161(h)(7)(A).

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated: October 27, 2010         By: /s/ Brian W. Enos
                                    BRIAN W. ENOS
                                    Assistant U.S. Attorney


Dated: October 27, 2010             /s/ John Tello
                                    John Tello, Esq.
                                    Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

Dated:     October 27, 2010         _____
                                    CHIEF UNITED STATES DISTRICT JUDGE

2