```
BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>             )<br>       Plaintiff,  )<br>             )<br>     v.      )<br>             )<br>ALBERT GARZA,     )<br>             )<br>       Defendant.  )<br>_____) | CR. No. 1:10-cr-00165 AWI<br><br>STIPULATION FOR COMPETENCY<br>EXAMINATION; ORDER |

THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective attorneys of record and in accordance with what was stated to the court during a status conference on December 6, 2010 about defendant's competency, to the following court order:

///

"It appearing to the Court that the defendant, ALBERT GARZA, is charged by indictment with violations of 18 U.S.C. § 2252(A)(2) and 18 U.S.C. § 2252(a)(4)(B); that representations have been made by defense counsel that defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the

1

nature and consequences of the proceedings against him or to assist properly in his defense; that defense counsel has presented a written report to the government in support of this representation; and that defendant stipulates to being committed to the custody of the Attorney General for an additional psychiatric or psychological examination to determine the defendant's mental competency to stand trial.

IT IS, THEREFORE, ORDERED THAT:

1. Pursuant to 18 U.S.C. §§ 4241 and 4247(b), the defendant is to be committed to the custody of the Attorney General for placement in a suitable facility to be examined for a reasonable period, but not to exceed thirty days. Unless impracticable, the psychiatric or psychological examination shall be conducted in a suitable facility closest to the court.

2. The director of the facility may apply for a reasonable extension, but not to exceed fifteen days, upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant.

3. The psychiatric or psychological examination shall be conducted by a licensed or certified psychiatrist or psychologist or, if appropriate, by more than one such examiner.

4. The psychiatrists or psychologists at the designated facility are ordered to file a psychiatric or psychological report with the court, with copies provided to the counsel for the defendant and the attorney for the government. The report shall include the information required by 18 U.S.C. § 4247 (c), to wit;

///

   A.   The defendant's history and present symptoms;

   B.   A description of the psychiatric, psychological and medical tests that were employed and their results;

   C.   The examiner's opinion as to diagnosis, prognosis, and whether defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

   5.   The defendant is ordered to provide medical documentation relevant to his examination to the U.S. Marshal's Service in Fresno, California, by Monday, January 4, 2011.  Upon receipt of this documentation, the U.S. Marshal's Service will forward it to the Bureau of Prisons so the Bureau can determine a proper facility by which to place him for this examination.  This documentation would best include those records relevant to the examination, including those relevant to defendant's competency, defendant's current medical prescriptions, records regarding defendant's last tuberculosis test and the extent defendant is able to be transported by airplane.

   Upon defendant's being notified that his placement has been reserved in such a facility, defendant will surrender to the U.S. Marshal's Service office in Fresno, California no later than one week thereafter for purposes of being transported to this facility."

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: December 9, 2010                 By:_Brian W. Enos_____
                                        BRIAN W. ENOS
                                        Assistant U.S. Attorney

3

```
                                        (As auth. 12/14/10)
Dated: December 14, 2010          /s/ John Tello
                                  John Tello, Esq.
                                  Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

Dated:      December 14, 2010            /s/ [signature]
                                  CHIEF UNITED STATES DISTRICT JUDGE