JOHN TELLO, EXQ., SBN 86589
LAW OFFICE OF JOHN TELLO
432 TRUXTUN AVE
BAKERSFIELD, CA 93301



FILED

APR 15 2011

CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 1:10-cr-00165 AWI |
| Plaintiff, ) | STIPULATION FOR RELEASE OF DEFENDANT AFTER COMPETENCY EXAMINATION; [~~PROPOSED~~] ORDER |
| v. ) | |
| ALBERT GARZA, ) | DATE: ~~~~ 5/2/2011 @ 9:00 AM. |
| Defendant. ) | |

THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective attorneys of record and in accordance with what was stated to the court during a status conference on December 6, 2010 about defendant's competency, to the following court order:

///

**Pursuant to the parties stipulation on December 15, 2010, the Court ordered defendant, ALBERT GARZA, to the custody of the Attorney General for a psychiatric evaluation to determine the defendant's competency to stand trial (Document 18). This examination has been completed and defendant has since been transferred to the Fresno County Jail and awaits release. Pursuant to the above, the parties stipulate to defendant's release on the same terms and conditions as those imposed by the Court within its April 30, 2010 "Order Imposing Terms and**

1

Conditions of Release" (Document 6). The parties request the Court endorses this stipulation by way of formal order directing the United States Marshal's Service to arrange for defendant's release from custody forthwith on the above terms and conditions.

                              BENJAMIN B. WAGNER
                              United States Attorney

                              (As Auth. 4/14/11)
Dated: April 14, 2011      By: /s/Brian W. Enos
                              BRIAN W. ENOS
                              Assistant U.S. Attorney


                              (As auth. 04/14/11)

Dated: April 14, 2011      /s/ John Tello
                              John Tello, Esq.
                              Attorney for Defendant
                              ALBERT GARZA


**IT IS SO ORDERED.**

Dated: 4-15-11

                              Hon. Anthony W. Ishii
                              U.S. District Court Judge