**JOHN TELLO, SBN 86589**
Law Office of John Tello
432 Truxtun Avenue
Bakersfield, CA 93301
Telephone:  (661) 323-8700
Facsimile:  (661) 323-8710

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>            Plaintiff,  )<br>            )<br>    v.      )<br>            )<br>ALBERT GARZA,       )<br>            )<br>            Defendant.  )<br>_____) | CR. No. 1:10-cr-00165 AWI<br><br>**STIPULATION TO CONTINUE MATTER; ORDER**<br><br>Date: May 2, 2011<br>Time: 9:00 a.m.<br>Ctrm: 2<br>    Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective attorneys of record, that the pending status conference regarding this matter may be continued from 9:00 a.m., Monday, May 2, 2011 to 9:00 a.m., Monday, June 6, 2011.

   This stipulation is based on good cause.  Specifically, defense counsel has recently received the mental health evaluation in this matter and needs to consult with defense psychologist for a proper review and response to file with the court.  18 U.S.C. § 3161(h)(7)(A).
///

1

Dated: April 25, 2011          /s/ John Tello
                               John Tello, Esq.
                               Attorney for Defendant

                               BENJAMIN B. WAGNER
                               United States Attorney


Dated: April 25, 2011          By: /s/Brian Enos
                                   BRIAN W. ENOS
                                   Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

Dated:     April 27, 2011      _____
                               CHIEF UNITED STATES DISTRICT JUDGE

2