1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   JEREMY R. JEHANGIRI
3  Assistant United States Attorneys
   United States Courthouse
4  2500 Tulare Street, Suite 4401
   Fresno, California 93721
5  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
6
   Attorneys for
7   the United States of America

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   1:10-CR-00165-AWI
                                )
12              Plaintiff,      )   FINAL ORDER OF FORFEITURE
                                )
13      v.                      )
                                )
14 ALBERT GARZA,                )
                                )
15              Defendant.      )
   _____)
16

17      WHEREAS, on May 14, 2012, at the sentencing hearing, the

18 Court incorporated the Preliminary Order of Forfeiture into the

19 judgment, thereby forfeiting to the United States all right,

20 title, and interest of defendant Albert Garza in the following

21 property:

22           a.   1 HP Pavilion Desktop Computer,

23           b.   Acer Desktop Computer, and

24           c.   One compact disc containing visual depictions of
                  minors engaged in sexually explicit conduct.
25

26    AND WHEREAS, beginning on March 24, 2012, for at least 30

27 consecutive days, the United States published notice of the

28 Court's Order of Forfeiture on the official internet government

1  forfeiture site www.forfeiture.gov.  Said published notice
2  advised all third parties of their right to petition the Court
3  within sixty (60) days from the first day of publication of the
4  notice for a hearing to adjudicate the validity of their alleged
5  legal interest in the forfeited property;
6      AND WHEREAS, the Court has been advised that no third party
7  has filed a claim to the subject property, and the time for any
8  person or entity to file a claim has expired.
9      Accordingly, it is hereby ORDERED and ADJUDGED:
10     1.  A Final Order of Forfeiture shall be entered forfeiting
11 to the United States of America all right, title, and interest in
12 the above-listed property pursuant to 18 U.S.C. § 2253, to be
13 disposed of according to law, including all right, title, and
14 interest of Albert Garza.
15     2.  All right, title, and interest in the above-listed
16 property shall vest solely in the name of the United States of
17 America.
18     3.  The United States Department of Homeland Security,
19 Customs and Border Protection shall maintain custody of and
20 control over the subject property until it is disposed of
21 according to law.

**ORDER**

IT IS SO ORDERED.

Dated:    May 22, 2012            _____
                                  CHIEF UNITED STATES DISTRICT JUDGE