HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
CAROLYN M. WIGGIN, Bar No. 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Carolyn_Wiggin@fd.org

Attorney for Defendant
ALBERT GARZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:10-cr-00165-AWI |
| | ) |
| Plaintiff, | ) STIPULATION AND  ORDER AMENDING |
| | ) SPECIAL CONDITION OF SUPERVISED |
| vs. | ) RELEASE NUMBER 7 |
| | ) |
| ALBERT GARZA, | ) Judge:  Hon. Anthony W. Ishii |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, BRIAN W. ENOS, Assistant United States Attorney, attorney for the

UNITED STATES OF AMERICA, and CAROLYN M. WIGGIN, Assistant Federal Defender,

attorney for ALBERT GARZA, as follows:

On May 20, 2014, the United States Court of Appeals for the Ninth Circuit issued an

Opinion in this case and a Memorandum Disposition.  See *United States v. Garza*, Ninth Circuit

Case No. 12-10294.  The Memorandum Disposition vacates the judgment as it pertains to

supervised release and remands the case to this Court with instructions that Special Condition

No. 7 be modified.  The mandate returning the case to district court issued on June 12, 2014.

Mr. Garza has waived his right to appear at any upcoming proceedings to modify his

sentence.  See simultaneously-filed Waiver of Defendant's Presence.

1    The parties waive a new sentencing hearing and stipulate to the following amended

2    Special Condition Number Seven:

3        The defendant shall not possess, own, use, or view, or frequent any place whose
         primary purpose is to sell, rent, show, display, or give other forms of access to,
4        material depicting sexually explicit conduct, including computer images, pictures,
         photographs, drawings, videos, or video games. "Sexually explicit conduct" as
5        defined in 18 U.S.C. § 2256(2) means actual or simulated (a) sexual intercourse,
         including genital-genital, oral genital, or oral-anal, whether between the same or
6        opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or
         (e) lascivious exhibition of the genitals or pubic area of any person.
7

8

9    The above language mirrors that suggested by the Ninth Circuit as that curing any concerns of

10   "constitutional overbreadth."  *See United States v. Clark*, 539 Fed. Appx. 724, at *1 (9th Cir.

11   2013).

12

13   Dated: July 22, 2014                        Respectfully submitted,

14                                               HEATHER E. WILLIAMS
15                                               Federal Defender

16
                                                 */s/ Carolyn M. Wiggin*
17                                               CAROLYN M. WIGGIN
                                                 Assistant Federal Defender
18                                               Attorney for Defendant
19                                               ALBERT GARZA

20   Dated: _July 22, 2014_____                 BENJAMIN WAGNER
                                                 United States Attorney
21

22                                               */s/ Brian W. Enos*
                                                 BRIAN W. ENOS
23                                               Assistant United States Attorney
                                                 Attorney for Plaintiff
24                                               UNITED STATES OF AMERICA

25                                               **O R D E R**

26

27

28
                                             2
     Stip & Order Amending Supervised
     Release Special Condition Seven                         *U.S. v. Garza*, No. 1:10-cr-00165 AWI 1

1    Based on the reasons set forth in the stipulation of the parties filed on July 22, 2014, and

2 good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

3    IT IS HEREBY ORDERED that the judgment filed on May 16, 2012, be amended to

4 delete Special Condition Number Seven and replace it with a new version of Special Condition

5 Number Seven that provides:

6    The defendant shall not possess, own, use, or view, or frequent any place whose
primary purpose is to sell, rent, show, display, or give other forms of access to,
7    material depicting sexually explicit conduct, including computer images, pictures,
photographs, drawings, videos, or video games. "Sexually explicit conduct" as
8    defined in 18 U.S.C. § 2256(2) means actual or simulated (a) sexual intercourse,
including genital-genital, oral genital, or oral-anal, whether between the same or
9    opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or
(e) lascivious exhibition of the genitals or pubic area of any person.
10

11

12   IT IS SO ORDERED.

13   Dated:   July 22, 2014                    _____
                                              SENIOR  DISTRICT  JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          3