HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
CAROLYN M. WIGGIN, State Bar #182732
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
ALBERT GARZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:10-cr-00165-JLT |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION REVISING BRIEFING SCHEDULE FOR MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A); [PROPOSED] ORDER** |
| v. | ) ) ) | |
| ALBERT GARZA, | ) ) | |
| Defendant. | ) ) | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Brittany Gunter, attorney for Plaintiff, and Federal Defender Heather E. Williams through Assistant Federal Defender Carolyn M. Wiggin, attorney for Albert Garza, that, in light of Defendant's counsel's need for additional time to review records, the current briefing schedule at CM/ECF No. 106 be vacated and the following briefing schedule be put in place:

- The Office of the Federal Defender shall file a supplement to Defendant's *pro se* motion, or to notify the Court and the Government it does not intend to file a supplement, by November 22, 2024;

- The Government shall have 30 days from the FDO's filing to file a response to Defendant's motion(s);

- Any reply shall be filed within 30 days of the filing of any response by the Government.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated:  October 7, 2024 | |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | */s/ Carolyn M. Wiggin* |
| 5 | | CAROLYN M. WIGGIN<br>Assistant Federal Defender |
| 6 | | Attorney for Defendant<br>ALBERT GARZA |
| 7 | | |
| 8 | Dated:  October 7, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| 9 | | |
| 10 | | */s/ Brittany Gunter*<br>BRITTANY GUNTER |
| 11 | | Assistant U.S. Attorney<br>Attorney for Plaintiff |

12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**[~~PROPOSED~~] ORDER**

GOOD CAUSE appearing,

- The current briefing schedule (Doc. 106) is vacated;

- the Office of the Federal Defender shall file a supplement to Defendant's pro se motion, or to notify the Court and the Government it does not intend to file a supplement, by November 22, 2024;

- the Government shall have 30 days from the FDO's filing to file a response to Defendant's motion(s);

- any reply shall be filed within 30 days of the filing of any response by the Government.

IT IS SO ORDERED.

Dated:   **October 8, 2024**

_____
UNITED STATES DISTRICT JUDGE