HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
ALBERT GARZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  vs.  <br>ALBERT GARZA,  <br>  Defendant-Movant. | Case No. 1:10-cr-00165-JLT  <br><br>**[PROPOSED]** **SEALING ORDER**  <br><br>JUDGE:  Hon. Jennifer L. Thurston |

IT IS HEREBY ORDERED that the Request to Seal Exhibit B to Defendant-Movant's Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) is **GRANTED** so that medical information is not available on the public docket. The Request and its Exhibit B are to be provided to the Court and Assistant United States Attorney assigned to the case.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:  **November 22, 2024**

UNITED STATES DISTRICT JUDGE

Garza: Proposed Sealing Order